UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IQ DENTAL SUPPLY, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>HENRY SCHEIN, INC., PATTERSON DENTAL COMPANIES, INC., AND BENCO DENTAL SUPPLY COMPANY,<br><br>*Defendants.* | Case No. 2:17-cv-4834 |

**STIPULATION OF DISMISSAL**

Plaintiff IQ Dental Supply, Inc. ("IQ Dental") and Defendant Henry Schein, Inc. ("Henry Schein"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice as to Henry Schein, and state as follows:

1. IQ Dental and Henry Schein seek the dismissal of this action with prejudice as to Henry Schein.

2. IQ Dental and Henry Schein agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. IQ Dental and Henry Schein agree that the Court shall retains jurisdiction to enforce the Agreement dated January 8, 2020 between the parties.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal.

Dated: January 15, 2020

/s/ *William B. Pollard, III*
William B. Pollard
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Tel: (212) 692-1000
Fax: (212) 214-0800
wbpollard@duanemorris.com

/s/ *Colin R. Kass*
Colin R. Kass (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., NW
Suite 600 South
Washington, DC 20004
Telephone: (202) 416-6800
Fax: (202) 416-6899
ckass@proskauer.com