UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

IQ DENTAL SUPPLY, INC.,

        *Plaintiff,*

    v.

HENRY SCHEIN, INC., PATTERSON DENTAL COMPANIES, INC., AND BENCO DENTAL SUPPLY COMPANY,

        *Defendants.*

Case No. 2:17-cv-4834

## STIPULATION OF DISMISSAL

Plaintiff IQ Dental Supply, Inc. ("IQ Dental") and Defendant Patterson Companies, Inc. ("Patterson"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice as to Patterson, and state as follows:

1. IQ Dental and Patterson seek the dismissal of this action with prejudice as to Patterson.

2. IQ Dental and Patterson agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. IQ Dental and Patterson agree that the Court shall retains jurisdiction to enforce the Agreement dated January 23, 2020 between the parties.

DM1\10859311.1

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal.

Dated: February 6, 2020

_____
J. Manly Parks
DUANE MORRIS LLP
30 South 17th Street
Philadelphia, PA 19103-4196
Tel: (215) 979-1000
Fax: (215) 979-1020
jmparks@duanemorris.com

_____
Joseph A. Ostoyich
William C. Lavery
Baker Botts L.L.P.
700 K Street, N.W.
Washington, DC 20001
Tel: (202) 639-7700
Fax: (202) 639-7890
joseph.ostoyich@bakerbotts.com
william.lavery@bakerbotts.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IQ DENTAL SUPPLY, INC.,<br><br>            *Plaintiff*,<br><br>  v.<br><br>HENRY SCHEIN, INC., PATTERSON DENTAL COMPANIES, INC., AND BENCO DENTAL SUPPLY COMPANY,<br><br>            *Defendants.* | Case No. 2:17-cv-4834 |

### [PROPOSED] ORDER OF DISMISSAL

The Court, having considered the stipulation of Plaintiff IQ Dental Supply, Inc. and Defendant Patterson Companies, Inc., and good cause appearing, orders as follows:

1. The action filed by IQ Dental Supply, Inc. is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) as against Patterson Companies, Inc.

2. Each party shall bear its own costs and attorneys' fees.

3. The Court retains jurisdiction to enforce the Agreement dated January 23, 2020 between the parties.

IT IS SO ORDERED.

Dated: _____

_____
Judge Brian M. Cogan
United States District Judge

DM1\10859311.1