UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IQ DENTAL SUPPLY, INC.,<br><br>    *Plaintiff,*<br><br>  v.<br><br>HENRY SCHEIN, INC., PATTERSON DENTAL COMPANIES, INC., AND BENCO DENTAL SUPPLY COMPANY,<br><br>    *Defendants.* | Case No. 2:17-cv-4834 |

## [~~PROPOSED~~] ORDER OF DISMISSAL

The Court, having considered the stipulation of Plaintiff IQ Dental Supply, Inc. and Defendant Patterson Companies, Inc., and good cause appearing, orders as follows:

1. The action filed by IQ Dental Supply, Inc. is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) as against Patterson Companies, Inc.

2. Each party shall bear its own costs and attorneys' fees.

3. The Court retains jurisdiction to enforce the Agreement dated January 23, 2020 between the parties.

IT IS SO ORDERED.

Dated: February 9, 2020

_____
Judge Brian M. Cogan
United States District Judge