

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

**J. MANLY PARKS**
DIRECT DIAL: +1 215 979 1342
PERSONAL FAX: +1 215 689 3682
*E-MAIL:* JMParks@duanemorris.com

*www.duanemorris.com*

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE*
*OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

February 11, 2020

**VIA ECF**

Hon. Gary R. Brown
United States Judge
United States District Court for the
    Eastern District of New York
100 Federal Plaza
Central Islip, N.Y. 11722-9014

      RE:    **IQ Dental Supply, Inc. v. Henry Schein, Inc., et al.,**
               **No. 17-cv-04834-BMC-GRB**

Dear Judge Brown:

      On behalf of Plaintiff IQ Dental Supply, Inc. ("IQ Dental"), and with permission from counsel for Defendant Benco Dental Supply Company ("Benco"), we write to advise the Court that, following yesterday's settlement conference with Your Honor, IQ Dental and Benco did reach a settlement in principle and are now working to paper it.

      Thank you to Your Honor for the time you spent in helping the parties reach a resolution.

                              Respectfully,

                              /s/ J. Manly Parks

                              J. Manly Parks

cc:  All Counsel of Record (via ECF)

DUANE MORRIS LLP

30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196       PHONE: +1 215 979 1000   FAX: +1 215 979 1020