UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IQ DENTAL SUPPLY, INC.,<br><br>    *Plaintiff*,<br><br>  v.<br><br>HENRY SCHEIN, INC., PATTERSON DENTAL COMPANIES, INC., AND BENCO DENTAL SUPPLY COMPANY,<br><br>    *Defendants*. | Case No. 2:17-cv-4834 |

## STIPULATION OF DISMISSAL

Plaintiff IQ Dental Supply, Inc. ("IQ Dental") and Defendant Benco Dental Supply Company ("Benco"), by their respective attorneys and under Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice as to Benco, and state as follows:

  1.  IQ Dental and Benco seek the dismissal of this action with prejudice as to Benco.

  2.  IQ Dental and Benco agree that each party shall bear its own costs and attorneys' fees in connection with this action.

  3.  IQ Dental and Benco agree that the Court shall retains jurisdiction to enforce the Agreement dated February 28, 2020 between the parties.

DM1\11011719.1

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal.

Dated: March 30, 2020

_____
Amy C. Gross
DUANE MORRIS LLP
1540 Broadway
New York, New York 10036-4086
Tel: (212) 692-1000
acgross@duanemorris.com

_____
Kenneth L. Racowski
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Tel: (215) 665-3608
Kenneth.racowski@bpic.com